

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Joshua Carmel*
*Assistant United States Attorney*

*402 East State Street*
*Room 430*
*Trenton, NJ 08608*
*joshua.carmel@usdoj.gov*

*Main: (609) 989-2190*
*Direct: (973) 902-5441*

June 8, 2026

**<u>Via Electronic Filing</u>**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:   *Trinidad Palillero v. Blanche, et al.,* No. 26-cv-05930 (CCC)**
> **Case Closure Request**

Dear Judge Cecchi:

This Office represents Respondents in the above-captioned habeas matter. We write in support of Petitioner's request to (i) lift the stay of removal and (ii) close this matter (ECF No. 6). Petitioner has been granted voluntary departure, which must be effectuated on or before July 15, 2026. Petitioner is unable to proceed with departure arrangements until the stay is lifted and the Petition dismissed. *See* ECF No. 6.

We thank the Court for its consideration of this matter.

Hon. Claire C. Cecchi, U.S.D.J.
July 8, 2026
Page 2

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

*s/ Joshua Carmel*

By:    JOSHUA CARMEL
Assistant United States Attorney
*Attorneys for Respondents*

cc:    All counsel of record (*via ECF*)

The previous stay of Petitioner's
transfer, ECF No. 3, is hereby lifted
SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:  7/9/2026